UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | No.: **19-01125-FPC7** |
|---|---|
| **JULIANNE MARIE TURNER,** | Chapter **7** |
| Debtor. | **ORDER DETERMINING LEASE ASSUMED** |

**THIS MATTER** coming before the Court upon the Motion for Assumption of Lease Pursuant to 11 U.S.C. § 365(p) (the "Motion"), it appearing that proper notice of said Motion has been given, no objections thereto have been made, and good cause otherwise appearing for the Order requested; it is

**ORDERED, ADJUDGED, AND DECREED** that the Motion is **Granted**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the 2-year lease between Debtor, as Lessee, and Douglass Properties, d/b/a Stonehorse at Wandermere, as Lessor, dated on or about May 28, 2019, for that real property

Order-1

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

commonly known as 13203 N. Palomino Lane, Spokane, Washington 99208, and requiring payments in the approximate amount of $1,554.00, is hereby deemed to be assumed by the Debtor, pursuant to 11 U.S.C. § 365(p)

///END OF ORDER///

PRESENTED BY:

SOUTHWELL & O'ROURKE, P.S.


By: /s/ Kevin O'Rourke
    KEVIN O'ROURKE, WSBA #28912
    Attorney for Debtor

Order-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159